

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2015

No. 04-15-00508-CR

Jose B. **SAUCEDA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1255
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's brief is due September 23, 2015. On August 27, 2015, appellant's appointed counsel filed a "Motion to Abate Appeal," in which counsel expressed concern that appellant may not have a right to appeal despite the trial court's certification that this "is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal[.]"

We GRANT the motion and ABATE this cause to the trial court to reconsider the accuracy of its certification of appellant's right of appeal and enter an amended certification if necessary. The trial court is ORDERED to file a supplemental clerk's record, no later than September 21, 2015, containing either an amended certification or written findings that an amended certification is not necessary.

All appellate deadlines are suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2015.



_____
Keith E. Hottle
Clerk